## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Case No.: 0:18-cv-00568-PAM-BRT

Tracy Muhlenbeck,

   Plaintiff,

vs.              **STIPULATION OF DISMISSAL**
                 **WITH PREJUDICE**

Perry Pelzer and
Craig's Restoration & Repair L.L.C.,

   Defendants.

_____

 IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective undersigned attorneys, that any and all claims asserted by any party are hereby dismissed with prejudice, without costs and disbursements to any party, and that a judgment of dismissal with prejudice may be entered in the above-entitled action

Respectfully submitted:

            **MASCHKA, RIEDY, RIES & FRENTZ LAW FIRM**

Dated: February 5, 2019   By: */s/ George Chronic*
             George Chronic (#0388688)
             151 Saint Andrews Court
             Building 1010
             Mankato, MN 56001
             Telephone: (507)625-6600
             jchronic@mrr-law.com

            *Attorneys for Plaintiff Tracy Muhlenbeck*

**HELEY, DUNCAN & MELANDER, PLLP**

Dated: February 5, 2019  By: */s/ Mark P. Hodkinson*
Mark P. Hodkinson (#159189)
mhodkinson@heleyduncan.com
Telephone: 952-841-2506
Valerie Sims (#30556X)
vsims@heleyduncan.com
Telephone: 952-841-0215
8500 Normandale Lake Boulevard, Suite 2110
Minneapolis, MN  55437

*Attorneys for Defendants Perry Pelzer and Craig's Restoration & Repair, L.L.C.*