UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tracy Muhlenbeck,                                         Civ. No. 18-568 (PAM/BRT)

        Plaintiff,

v.                                                                                          **ORDER**

Perry Pelzer, and Craig's
Restoration & Repair, L.L.C.,

        Defendants.

---

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. 25.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 7, 2019

                                                *s/Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge